IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| LUIS A. MORENO, | ) |
| Petitioner, | ) |
| v. | ) CV 318-019 |
| STACEY N. STONE, Warden, | ) |
| Respondent. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** the § 2241 petition without prejudice, and **CLOSES** this civil action.

SO ORDERED this 15th day of May, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE