# United States District Court
## Southern District of Georgia

LUIS A. MORENO,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 318-019

STACEY N. STONE, Warden,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated May 15, 2018 adopting the Report and Recommendation as the opinion of the Court, that the § 2241 petition is dismissed without prejudice. This case stands closed.

| 05/15/2018 | | Scott L. Poff |
|---|---|---|
| Date | | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk